IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 26-22666-JCM |
| JOSEPH P. CZACHOWSKI | : | |
| | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | |

# PROOF OF INCOME

Filed on behalf of:
Joseph P. Czachowski

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

# USPS Employee Earnings Statement

**Employee:**
JOSEPH P CZACHOWSKI
**Employee ID:**
[illegible]
**Finance Number:**
41-3192
**Pay Location:**
000
**Pay Period:**
16-2026
**Pay Date:**
07/31/26
**Inclusive Dates:**
07/11/26 - 07/24/26

## Net Pay:

## $2,260.76

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 16-26 | 1 | Q | 01 | P | 134 | 83,226 | 008 | SICK LV DEPENDENT CARE | 8.00 | .00 |
| 16-26 | 1 | Q | 01 | P | 134 | 83,226 | 052 | WORK HOURS | 32.00 | 1,280.40 |
| 16-26 | 1 | Q | 01 | P | 134 | 83,226 | 053 | OVERTIME HOURS | 3.14 | 188.46 |
| 16-26 | 1 | Q | 01 | P | 134 | 83,226 | 056 | SICK LEAVE | 8.00 | 320.10 |
| 16-26 | 2 | Q | 01 | P | 134 | 83,226 | 052 | WORK HOURS | 8.00 | 320.10 |
| 16-26 | 2 | Q | 01 | P | 134 | 83,226 | 053 | OVERTIME HOURS | 1.11 | 66.62 |
| 16-26 | 2 | Q | 01 | P | 134 | 83,226 | 055 | ANNUAL LEAVE | 32.00 | 1,280.40 |
| | | | | | | | **Total Hours Gross Pay:** | | | 3,456.08 |

[redacted]

| **Category: 8.00** | **Annual Leave** |
|---|---|
| **Leave Computation Date: 12/29/01** | |
| AL Prior Year Balance | 24.12 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 24.12 |
| + AL Earned YTD | 112.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 115.53 |
| = Earned Annual Leave Balance | 20.59 |
| + AL Advanced YTD | 96.00 |
| = Available AL Balance | **116.59** |
| AL Used this Pay Period | 32.00 |

| **Category: 4.00** | **Sick Leave** |
|---|---|
| SL Prior Year Balance | 2,042.72 |
| + SL Earned YTD | 56.00 |
| - SL Used YTD | 16.00 |
| = Current SL Balance | **2,082.72** |
| SL Used this Pay Period | 8.00 |

**Other Leave**

| **Leave Without Pay (LWOP)** | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| **Retirement** | | | |
|---|---|---|---|
| **YTD:** | 409.28 | **Total:** | 10,755.72 |

| **FERS USPS Thrift Contributions** | | | |
|---|---|---|---|
| **PP 1%:** | 32.01 | **YTD USPS 1%:** | 511.56 |
| **PP Match:** | .00 | **YTD Matching:** | .00 |

| **Insurance Income** | | | |
|---|---|---|---|
| **Pay Period:** | 6.45 | **YTD:** | 102.48 |

**Earnings Statement Messages**

No messages

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $3,456.08 | $60,193.32 |

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code 8 | 25.61 | 409.28 |
| Social Security | 208.10 | see YTD below |
| Medicare | 48.67 | see YTD below |
| Federal Tax: S 00 | 588.91 | 10,116.99 |
| Health Plan Pre-tax: (Self only) G9D UPMC HEALTH PLAN | 81.22 | 1,292.41 |
| State Income Tax: PA S 00 | 103.04 | 1,799.29 |
| FEDVIP Dental Pre Tax | 18.36 | 292.28 |
| Optional Insurance: A | .60 | 9.60 |
| Optional Insurance: B 5 | 25.20 | 401.40 |
| Social Security (deducted on Ins Income) | .40 | 3,640.09 |
| Medicare (deducted on Ins Income) | .09 | 851.31 |
| TSP Loan: G | 61.27 | 980.32 |
| Union Dues: L | 33.85 | 541.60 |
| **Total Current Pay Period Deductions:** | **1,195.32** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$1,195.32** | **$20,334.57** |
| **Net Pay (Net To Bank):** | **$2,260.76** | **$39,858.75** |

No adjustments for this pay period

# USPS Employee Earnings Statement

**Employee:**
JOSEPH P CZACHOWSKI
**Employee ID:**

**Finance Number:**
41-3192
**Pay Location:**
000
**Pay Period:**
17-2026
**Pay Date:**
08/14/26
**Inclusive Dates:**
07/25/26 - 08/07/26

## Net Pay:

## $2,252.28

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-26 | 1 | Q | 01 | P | 134 | 83,226 | 052 | WORK HOURS | 27.40 | 1,096.34 |
| 17-26 | 1 | Q | 01 | P | 134 | 83,226 | 053 | OVERTIME HOURS | 1.76 | 105.63 |
| 17-26 | 1 | Q | 01 | P | 134 | 83,226 | 055 | ANNUAL LEAVE | 12.60 | 504.16 |
| 17-26 | 2 | Q | 01 | P | 134 | 83,226 | 052 | WORK HOURS | 40.00 | 1,600.50 |
| 17-26 | 2 | Q | 01 | P | 134 | 83,226 | 053 | OVERTIME HOURS | 2.27 | 136.24 |
| 17-26 | 2 | Q | 01 | P | 134 | 83,226 | 054 | NIGHT WORK PREM HOURS | .16 | .25 |
| 17-26 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | **Total Hours Gross Pay:** | | | 3,443.12 |

[redacted]

| | |
|---|---|
| **Category: 8.00** | **Annual Leave** |
| **Leave Computation Date: 12/29/01** | |
| AL Prior Year Balance | 24.12 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 24.12 |
| + AL Earned YTD | 120.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 128.13 |
| = Earned Annual Leave Balance | 15.99 |
| + AL Advanced YTD | 88.00 |
| = Available AL Balance | **103.99** |
| AL Used this Pay Period | 12.60 |

| | |
|---|---|
| **Category: 4.00** | **Sick Leave** |
| SL Prior Year Balance | 2,042.72 |
| + SL Earned YTD | 60.00 |
| - SL Used YTD | 16.00 |
| = Current SL Balance | **2,086.72** |
| SL Used this Pay Period | .00 |

**Other Leave**

| | |
|---|---|
| **Leave Without Pay (LWOP)** | |
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

**Retirement**

| | | | |
|---|---|---|---|
| **YTD:** | 434.89 | **Total:** | 10,755.72 |

**FERS USPS Thrift Contributions**

| | | | |
|---|---|---|---|
| **PP 1%:** | 32.01 | **YTD USPS 1%:** | 543.57 |
| **PP Match:** | .00 | **YTD Matching:** | .00 |

**Insurance Income**

| | | | |
|---|---|---|---|
| **Pay Period:** | 6.45 | **YTD:** | 108.93 |

**Earnings Statement Messages**

No messages

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $3,443.12 | $63,636.44 |

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code 8 | 25.61 | 434.89 |
| Social Security | 207.30 | see YTD below |
| Medicare | 48.48 | see YTD below |
| Federal Tax: S 00 | 585.80 | 10,702.79 |
| Health Plan Pre-tax: (Self only) G9D UPMC HEALTH PLAN | 81.22 | 1,373.63 |
| State Income Tax: PA S 00 | 102.65 | 1,901.94 |
| FEDVIP Dental Pre Tax | 18.36 | 310.64 |
| Optional Insurance: A | .60 | 10.20 |
| Optional Insurance: B 5 | 25.20 | 426.60 |
| Social Security (deducted on Ins Income) | .40 | 3,847.79 |
| Medicare (deducted on Ins Income) | .10 | 899.89 |
| TSP Loan: G | 61.27 | 1,041.59 |
| Union Dues: L | 33.85 | 575.45 |
| **Total Current Pay Period Deductions:** | **1,190.84** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$1,190.84** | **$21,525.41** |
| **Net Pay (Net To Bank):** | **$2,252.28** | **$42,111.03** |

No adjustments for this pay period

4:43

UNITED STATES POSTAL SERVICE ®

## Employee Information

**Employee:**
JOSEPH P CZACHOWSKI
**Employee ID:**

**Finance Number:**
41-3192
**Pay Location:**
000
**Pay Period:**
18-2026
**Pay Date:**
08/28/26
**Inclusive Dates:**
08/08/26 - 08/21/26

**Net Pay:**

**$2,102.86**

Paid Hours

Leave & Retirement Information

Additional Pay & Other Compensation

Deductions

epayroll.usps.gov

4:43

UNITED STATES POSTAL SERVICE

## Leave & Retirement Information

| Category: 8.00 | Annual Leave |
| --- | --- |
| **Leave Computation Date: 12/29/01** | |
| AL Prior Year Balance | 24.12 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 24.12 |
| + AL Earned YTD | 128.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 176.13 |
| = Earned Annual Leave Balance | -24.01 |
| + AL Advanced YTD | 80.00 |
| = Available AL Balance | **55.99** |
| AL Used this Pay Period | 48.00 |

| Category: 4.00 | Sick Leave |
| --- | --- |
| SL Prior Year Balance | 2,042.72 |
| + SL Earned YTD | 64.00 |
| - SL Used YTD | 24.00 |
| = Current SL Balance | **2,082.72** |
| SL Used this Pay Period | 8.00 |

**Other Leave**

**Leave Without Pay (LWOP)**

| | |
| --- | --- |
| Pay Period LWOP | .00 |

epayroll.usps.gov

4:43

UNITED STATES POSTAL SERVICE

### Other Leave

| Leave Without Pay (LWOP) | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| Retirement | | | |
|---|---|---|---|
| YTD: | 460.50 | Total: | 10,755.72 |

| FERS USPS Thrift Contributions | | | |
|---|---|---|---|
| PP 1%: | 32.01 | YTD USPS 1%: | 575.58 |
| PP Match: | .00 | YTD Matching: | .00 |

| Insurance Income | | | |
|---|---|---|---|
| Pay Period: | 6.45 | YTD: | 115.38 |

| Earnings Statement Messages |
|---|
| EARNED A/L NEGATIVE |

Additional Pay & Other Compensation

Deductions

Adjustments 0

epayroll.usps.gov

4:43

UNITED STATES POSTAL SERVICE®

## Deductions

Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code 8 | 25.61 | 460.50 |
| Social Security | 193.10 | see YTD below |
| Medicare | 45.16 | see YTD below |
| Federal Tax: S 00 | 530.86 | 11,233.65 |
| Health Plan Pre-tax: (Self only) G9D UPMC HEALTH PLAN | 81.22 | 1,454.85 |
| State Income Tax: PA S 00 | 95.62 | 1,997.56 |
| FEDVIP Dental Pre Tax | 18.36 | 329.00 |
| Optional Insurance: A | .60 | 10.80 |
| Optional Insurance: B 5 | 25.20 | 451.80 |
| Social Security (deducted on Ins Income) | .40 | 4,041.29 |
| Medicare (deducted on Ins Income) | .09 | 945.14 |
| TSP Loan: G | 61.27 | 1,102.86 |

epayroll.usps.gov

4:44

UNITED STATES POSTAL SERVICE

| | | |
|---|---|---|
| | | below |
| Medicare | 45.16 | see YTD below |
| Federal Tax: S 00 | 530.86 | 11,233.65 |
| Health Plan Pre-tax: (Self only) G9D UPMC HEALTH PLAN | 81.22 | 1,454.85 |
| State Income Tax: PA S 00 | 95.62 | 1,997.56 |
| FEDVIP Dental Pre Tax | 18.36 | 329.00 |
| Optional Insurance: A | .60 | 10.80 |
| Optional Insurance: B 5 | 25.20 | 451.80 |
| Social Security (deducted on Ins Income) | .40 | 4,041.29 |
| Medicare (deducted on Ins Income) | .09 | 945.14 |
| TSP Loan: G | 61.27 | 1,102.86 |
| Union Dues: L | 33.85 | 609.30 |
| **Total Current Pay Period Deductions:** | **1,111.34** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$1,111.34** | **$22,636.75** |
| **Net Pay (Net To Bank):** | **$2,102.86** | **$44,213.89** |

Adjustments 0

epayroll.usps.gov