Certificate Number: 12433-PAW-DE-041529041

Bankruptcy Case Number: 26-22666

12433-PAW-DE-041529041

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2026, at 12:22 o'clock PM PDT, Joseph Paul Czachowski completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 6, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher